IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL R. JONES, | ) | CASE NO. 5:17-CV-1654 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF | ) | **DEFENDANT FEDERAL BUREAU** |
| INVESTIGATION, | ) | **OF INVESTIGATION'S MOTION** |
| | ) | **TO DISMISS** |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant Federal Bureau of Investigation moves to dismiss this case for lack of subject matter jurisdiction.  The Court lacks jurisdiction because the case is moot.  A memorandum in support of this Motion is attached hereto and incorporated herein.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney
Northern District of Ohio

By:   /s/ Karen E. Swanson Haan
Karen E. Swanson Haan (#0082518)
Lisa Hammond Johnson (#0061681)
Assistant United States Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
Telephone:  (216) 622-3600
Facsimile:  (216) 522-4982
Email:  Karen.Swanson.Haan@usdoj.gov
Email:  Lisa.Hammond.Johnson@usdoj.gov

*Attorneys for Defendant*
*Federal Bureau of Investigation*

CERTIFICATE OF SERVICE

I certify that, on October 25, 2017, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system. In addition, I served the foregoing via regular U.S. Mail, postage pre-paid, upon the following:

Paul R. Jones
321 Stanton Avenue
Akron, Ohio 44301

/s/ Karen E. Swanson Haan
Karen E. Swanson Haan
Assistant U.S. Attorney