RELEASE

I, Paul R. Jones, hereby agree to release Tuscarawas County, the Tuscarawas County Prosecutor's Office, the Tuscarawas County Sheriff's Department, Tuscarawas County Commissioners, Judge Roger G. Lile, the Arson Investigators of the State of Ohio and their agents, the Dover Fire Department, and all Alcohol Tobacco and Firearms Agents, and any employees, agents, and officials of any of them from any and all liability from my arrest, incarceration, and/or prosecution upon the complaint filed against me in the Court, charging me on or about 29th day of January, 1994, with one count of Aggravated Arson, in violation of Section 2909.02(A)(1) of the Ohio Revised Code.

*Paul R. Jones*, Defendant

Sworn to before me and subscribed in my presence, this 5th day of ~~August 31~~ September, 1995.

*Marvin Buckley, Atty*
NOTARY PUBLIC
My Comm. Exp.

My commission has no expiration date.
ORC 147.03

SJM/ln