PAUL ROBERT JONES, L.P.N.
Page 2

I stipulate that I requested this surrender and no longer desire to retain my nursing lice
am taking this action in lieu of complying with the conditions for the reinstateme
license as set forth in the March 2014 Adjudication Order, *copy of which is attached he*

Signed this 18th day of November, 2014.

_____
PAUL ROBERT JONES, L.P.N.

_____
WITNESS

_____
WITNESS

(This form must be either witnessed OR notarized)

Sworn to and subscribed before me this 18 day of November _____

JATICE K SHAW
Notary Public, State of Ohio
My Comm. Expires JULY 06, 2019

_____
NOTARY PUBLIC

Accepted by the Ohio Board of Nursing:

_____
BETSY J. HOUCHEN, R.N., JD
Executive Director

Maryam
Lyon

_____
JUDITH A. CHURCH, D.H.A., M.
President, Ohio Board of Nursing

1/23/2015
DATE

1/23/2015
DATE