## Jones, Paul R. (VHACLE)

**From:** Domb, Jane A. (VHACLE)
**Sent:** Wednesday, October 27, 2010 9:12 AM
**To:** Jones, Paul R. (VHACLE)
**Subject:** RE: Incident follow up

No problem Paul. There is no way to look at the incident as anything other than self defense and protection of staff. We want to do the best for our patients, of course, but in no way are we obligated to get hurt in the process! We really appreciate your help in this difficult situation, and I know that I personally felt very threatened by him and was scared of myself getting hurt. I feel very bad that you got hurt.

Dr. Domb

**From:** Jones, Paul R. (VHACLE)
**Sent:** Tuesday, October 26, 2010 9:18 PM
**To:** Domb, Jane A. (VHACLE)
**Subject:** Incident follow up

Hello Dr. Domb,

    Thanks for the follow up phone call yesterday evening. That made me feel better. I feel bad about the patient injury, but the more I think about it over and over, we were sort of in a box with not many options. Had I left the room (which I wouldn't have and never crossed my mind), things could have been really bad. I'm glad he didn't walk in the room and start anything with you or the resident. I knew when he entered the room there was going to be a problem, I just didn't know, in general, how things were going to turn out. After I was hit, there wasn't much else that could have been done.

    When either myself or any male staff members are here, especially Roger Shelton and myself as LPN support staff, the physicians can be assured we will do everything we can to not only help prevent, but neutralize any potential physical harm to the physicians and residents. As such, I always try to keep an extra eye down the hallway, even though nothing may be going on in the holding area. Unit safety has always been, and will be, number one being: the safety of staff, then that of the other patients, then the patient who is aggressive. It was either let him assault you guys, or let him keep hitting me, neither of which were acceptable options. I'm glad the patient will be OK, but I am also glad that foremost neither you nor the resident got hurt. That would be unacceptable. Thanks for your call.

Paul

1