## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| PAUL R. JONES, | ) | Case No. 5:17 CV 1654 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

Defendant states, in the Motion to Dismiss (Doc. # 5), and Plaintiff agrees in his Motion to Dismiss (Doc. #7), that he has received the documents that are the subject of the Complaint. Accordingly the Court finds the matter is MOOT.  Plaintiff's Motion to Dismiss and Defendant's Motion to Dismiss are hereby GRANTED.

**IT IS SO ORDERED**.

*/s/ John R. Adams*
**U.S. DISTRICT JUDGE**
**NORTHERN DISTRICT OF OHIO**

Dated:  November 29, 2017